ACCEPTED
12-15-00127-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/29/2015 7:24:35 AM
CATHY LUSK
CLERK

# JAMES W. HUGGLER, JR.

### ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/29/2015 7:24:35 AM
CATHY S. LUSK
Clerk

May 29, 2015

Twelfth Court of Appeals
Attn: Cathy Lusk, Clerk
1517 West Front Street
Suite 354
Tyler, Texas 75702

      RE:    Shawn Anderson v. State of Texas
             Appeal Number:   12-15-00127-CR
             Trial Number:     007-1622-14
             Smith County

Dear Ms. Lusk:

In accordance with Rule 48.4, I certify that, I sent a copy of this Court's Opinion to Dwayne Spangler at his last known address. The enclosed copy of the green certified return receipt card is enclosed. This opinion was sent using certified mail.

If you have any questions, please feel free to contact me at any time.

Sincerely,

James W. Huggler, Jr.

JWH:ag

Enclosure:   Return Receipt Card

CC:       Michael West
           Smith County District Attorney's Office

           Client

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

### OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7013 2630 0000 4405 3200

Sent To  *Anderson*

Street, Apt. No.; or PO Box No.  *SMITH CO-JAIL*

City, State, ZIP+4

PS Form 3800, August 2006                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*SHAWN ANDERSON
C/O SMITH COUNTY JAIL
206 FAST ELM
TYLER, TX 75702*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Brenda P. Sohn*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)  *Brenda P. Sohn*    C. Date of Delivery  *5/26/18*

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7013 2630 0000 4405 3200

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540